

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

v.

CRAIG CARTON and MICHAEL WRIGHT,

                Defendants.

Case No. 1:17-mj-06692-UA

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Robert C. Gottlieb, Esq., a partner with the law firm of Gottlieb & Janey LLP, hereby enters his appearance as counsel for Defendant, Craig Carton, and requests that a copy of all notices given or required to be given in this case to Defendant, Craig Carton, and all pleadings, papers or other documents filed or served upon Defendant, Craig Carton, be delivered to Robert C. Gottlieb, Esq. at the below-indicated address.

Dated: New York, New York
         September 8, 2017

                              Respectfully submitted,

                              GOTTLIEB & JANEY LLP

                              By: _Robert C. Gottlieb_
                                   Robert C. Gottlieb
                                   (S.D.N.Y. Bar Code RG1930)

                              111 Broadway, Suite 701
                              New York, New York 10006
                              (212) 566-7766 (phone)
                              (212) 374-1506 (fax)
                              djaney@gottliebjaney.com

                              *Attorneys for Defendant, Craig Carton*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>CRAIG CARTON and MICHAEL WRIGHT,<br><br>                         Defendants. | Case No. 1:17-mj-06692-UA |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Robert C. Gottlieb, Esq., a partner with the law firm of Gottlieb & Janey LLP, hereby enters his appearance as counsel for Defendant, Craig Carton, and requests that a copy of all notices given or required to be given in this case to Defendant, Craig Carton, and all pleadings, papers or other documents filed or served upon Defendant, Craig Carton, be delivered to Robert C. Gottlieb, Esq. at the below-indicated address.

Dated: New York, New York
       September 8, 2017

Respectfully submitted,

GOTTLIEB & JANEY LLP

By: _Robert C. Gottlieb_
Robert C. Gottlieb
(S.D.N.Y. Bar Code RG1930)

111 Broadway, Suite 701
New York, New York 10006
(212) 566-7766 (phone)
(212) 374-1506 (fax)
djaney@gottliebjaney.com

*Attorneys for Defendant, Craig Carton*