**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT FILED SEP 08 2017 S.D. OF N.Y.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CRAIG CARTON and MICHAEL WRIGHT,<br><br>　　　　　　　　　Defendants. | Case No. 1:17-mj-06692-UA<br><br>DOC # |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Derrelle M. Janey, Esq., a partner with the law firm of Gottlieb & Janey LLP, hereby enters his appearance as counsel for Defendant, Craig Carton, and requests that a copy of all notices given or required to be given in this case to Defendant, Craig Carton, and all pleadings, papers or other documents filed or served upon Defendant, Craig Carton, be delivered to Derrelle M. Janey, Esq. at the below-indicated address.

Dated: New York, New York
　　　　September 8, 2017

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　GOTTLIEB & JANEY LLP

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Derrelle M. Janey
　　　　　　　　　　　　　　　　　　　(S.D.N.Y. Bar Code DJ6897)

　　　　　　　　　　　　　　　　111 Broadway, Suite 701
　　　　　　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　　　　　　(212) 566-7766 (phone)
　　　　　　　　　　　　　　　　(212) 374-1506 (fax)
　　　　　　　　　　　　　　　　djaney@gottliebjaney.com

　　　　　　　　　　　　　　　　*Attorneys for Defendant, Craig Carton*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CRAIG CARTON and MICHAEL WRIGHT,

       Defendants.

Case No. 1:17-mj-06692-UA

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

  PLEASE TAKE NOTICE that Derrelle M. Janey, Esq., a partner with the law firm of Gottlieb & Janey LLP, hereby enters his appearance as counsel for Defendant, Craig Carton, and requests that a copy of all notices given or required to be given in this case to Defendant, Craig Carton, and all pleadings, papers or other documents filed or served upon Defendant, Craig Carton, be delivered to Derrelle M. Janey, Esq. at the below-indicated address.

Dated: New York, New York
   September 8, 2017

           Respectfully submitted,

           GOTTLIEB & JANEY LLP

           By: _____
             Derrelle M. Janey
             (S.D.N.Y. Bar Code DJ6897)

111 Broadway, Suite 701
New York, New York 10006
(212) 566-7766 (phone)
(212) 374-1506 (fax)
djaney@gottliebjaney.com

*Attorneys for Defendant, Craig Carton*